BERTHA SCULLY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 29777.) —

Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., dissents and votes to affirm the judgment on the ground that the issue of the State's negligence and the claimant's contributory negligence are questions of fact. [199 Misc. 876.]